UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 06-C-1261

    v.

APPROXIMATELY $23,513.66         **JUDGMENT OF DEFAULT AND**
IN UNITED STATES CURRENCY        **FORFEITURE**
FROM QUORUM CREDIT UNION
SAVINGS ACCOUNT IN THE
NAME OF CORISNA CARTER,

        Defendant.

    THIS CAUSE having come before this Court upon plaintiff's Motion for Default Judgment, it is hereby

    ORDERED, ADJUDGED AND DECREED that the defendant property be forfeited to the United States of America and no right, title or interest in the defendant property shall exist in any other party. The defendant property shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

    Dated at Milwaukee, Wisconsin, this 19th day of January, 2007.

                                        s/ Rudolph T. Randa
                                        RUDOLPH T. RANDA
                                        Chief United States District Judge

Judgment entered this 19th day of January, 2007.

by: s/ Linda M. Zik
    Deputy Clerk